**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 13-11242

_____

District Court Docket No.
2:12-cv-00524-UA-SPC

DALE J. TOPPING,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 21, 2013
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch